**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile:   212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

February 3, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Diaz v. Xerox Corporation*
      Case No. 19-cv-07052 (JGK)(BCM)

Dear Judge Koeltl:

      As your Honor is aware, we represent defendant Xerox Corporation ("Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Your Honor's Order dated December 3, 2019 (Dkt. No. 16), we respectfully request that Your Honor restore this action to the docket for the sole purpose of entering an order providing for the Court to retain jurisdiction over the parties and this action until February 3, 2022. In connection with that request, we have annexed hereto a joint stipulation of dismissal which includes the terms of the parties' settlement agreement and a fully executed settlement agreement.

      We thank the Court for its consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Jamie Haar*
 Jamie Haar

cc:   All counsel of record (by ECF)

41669690.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington