# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

April 30, 2020

**V**ia **ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Diaz v. Xerox Corporation*
            Case No. 19-cv-07052 (JGK)(BCM)

Dear Judge Koeltl:

    As Your Honor is aware, we represent defendant Xerox Corporation ("Defendant") in the above-referenced action.  In light of the Court's Order dated April 24, 2020 (Dkt. No. 21) in response to the parties' request for the Court to retain jurisdiction to enforce the settlement agreement, (*see* Dkt. No. 20), we write to request a telephone conference with Your Honor to discuss how the Court would like the parties to submit the applicable settlement documents between the parties and the details of these documents so that the parties can ensure full compliance with the Court's April Order as well as satisfy the Court's mandates in accordance with Your Honor's Order dated December 3, 2019 (Dkt. No. 16).

    We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART, P.C.

          By:   */s/ Jamie Haar*
                        Jamie Haar

cc:    All counsel of record (by ECF)

42686980.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington